```
 1  Lawrence H. Meuers, Esq. (SBN 197663)
    MEUERS LAW FIRM, P.L.
 2  5395 Park Central Court
    Naples, FL 34109
 3  Telephone: (239)513-9191
    Facsimile: (239)513-9677
 4  lmeuers@meuerslawfirm.com
 5  Attorneys for Plaintiff
 6
 7
 8
 9              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
10                    SAN JOSE DIVISION

11  FRESH LOGISTICS, LLC,              Case No.:
    a limited liability company,
12                                     C08 03024 PVT
           Plaintiff,
13
    vs.
14
    PREMIUM FRESH FARMS, LLC, a
15  California limited liability company;
    SALVADORE PAUL TARANTINO, an
16  individual; EMMITT L. PFOST, an
    individual; PAUL E. DUNHAM, an
17  individual; PDP ASSOCIATES, LLC, a
    California limited liability company;
18  and AG HARVESTING &
    TECHNOLOGIES, LLC, a California
19  limited liability company;

20         Defendants.
```

FILED
2008 JUN 19 P 2: 44
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

BY FAX

## PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

COMES NOW, Plaintiff (a private, non-governmental party) by and through its undersigned counsel and pursuant to Rule 7.1, Federal Rules of Civil Procedure, and certifies that there are no corporate parents, affiliates and/or subsidiaries of Plaintiff which are publicly held. A supplemental disclosure statement will be filed upon any change in the information provided herein.

//
//


Respectfully submitted on Tuesday, June 17, 2008.

MEUERS LAW FIRM, P.L.

*Lawrence H. Meuers* (signature)

Lawrence H. Meuers, Esq. (SBN 197663)
Katy Koestner Esquivel, Esq.
(Florida Bar No. 0159484)
5395 Park Central Court
Naples, Florida 34109
Telephone: (239) 513-9191
Facsimile: (239) 513-9677
lmeuers@meuerslawfirm.com
kesquivel@meuerslawfirm.com

*Attorneys for Plaintiff*