| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO: | FOR COURT USE ONLY |
|---|---|---|
| Katy K Esquivel. 0159484<br>MEUERS LAW FIRM<br>5395 Park Central Ct<br>Naples, FL 34109 | (818) 712-4218 | |
| ATTORNEY FOR (Name): Plaintiff | Ref No. or File No.:<br>Premium Fresh 4 (inn/Bolthouse) | |

**FILED**
2008 JUL -7 P 2: 08
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Insert name of court, judicial district or branch court, if any:
United States District Court
280 S. First St. #2112
San Jose, CA 95113-3008

PLAINTIFF:
FRESH LOGISTICS, LLC

DEFENDANT:
PREMIUM FRESH FARMS, LLC, et al

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | C08 03024PVT |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of: Summons, Civil Case Cover Sheet, Civil Action Complaint, Plaintiff's Rule 7.1 Corporate Disclosure Statement

2. Party Served:    EMMITT L. PFOST

**BY FAX**

3. Person Served:    party in item 2

   a. Left with:    Cindy Pfost, Wife- Co-Occupant

4. Date & Time of Delivery:    7/2/2008    8:10 PM

5. Address, City and State:    9 SANTA LUCIA AVE
   Salinas, CA 93901

6. Manner of Service:    By leaving the copies with or in the presence of Cindy Pfost, Wife, a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

142.25

Registered California process server.
County: MONTEREY
Registration No.:112

Charles Lincoln
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 7/7/2008 at Oakland, California.

Signature: _____
Charles Lincoln

FF# 6664809