| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. (818) 712-4218 | FOR COURT USE ONLY |
|---|---|---|
| Katy K Esquivel, 0159484<br>MEUERS LAW FIRM<br>5395 Park Central Ct<br>Naples, FL 34109 | Ref. No. or File No.<br>Premium Fresh 4 (inn/Bolthouse) | **FILED**<br>2008 JUL -7 P 2:08<br>RICHARD W. WIEKING<br>CLERK<br>U.S. DISTRICT COURT<br>NO. DIST OF CA. S.J |
| ATTORNEY FOR (Name): Plaintiff | | |
| Insert name of court, judicial district or branch court, if any:<br>United States District Court<br>280 S. First St. #2112<br>San Jose, CA 95113-3008 | | |
| PLAINTIFF<br>FRESH LOGISTICS, LLC | | |
| DEFENDANT<br>PREMIUM FRESH FARMS, LLC, et al | DATE | TIME | DEPT/DIV | CASE NUMBER:<br>C08 03024PVT |
| **PROOF OF SERVICE BY MAIL** | | | | |

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd #223, Novato, CA 94947.

On 7/7/2008, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made (if applicable), I mailed copies of the:

**BY FAX**

Summons, Civil Case Cover Sheet, Civil Action Complaint, Plaintiff's Rule 7.1 Corporate Disclosure Statement

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Oakland, California, addressed as follows:

EMMITT L. PFOST
9 SANTA LUCIA AVE
Salinas, CA 93901

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

142.25

Lee Major
Charles Lincoln
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 7/7/2008 at Oakland, California.

*Lee Major*

Lee Major

FF# 6664809