UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| FRESH LOGISTICS, LLC, | ) | Case No.: C 08-03024 PVT |
| Plaintiff, | ) ) | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | ) ) | |
| PREMIUM FRESH FARMS, LLC, et al., | ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

On March 10, 2009, plaintiff Fresh Logistic, LLC appeared telephonically before U.S. Magistrate Judge Patricia V. Trumbull for a Case Management Conference. Based on plaintiff's Case Management Statement, and the discussions held at the Case Management Conference,

IT IS HEREBY ORDERED that the Case Management Conference be continued to May 19, 2009 at 2:00 p.m.

Dated: March 12, 2009

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28