UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRESH LOGISTICS, LLC,<br><br>    Plaintiff,<br> v.<br><br>PREMIUM FRESH FARMS, LLC, ET AL.,<br><br>    Defendants. | Case No.: C 08-03024 PVT<br><br>**ORDER FOR REASSIGNMENT TO A DISTRICT COURT JUDGE** |

On November 24, 2009, plaintiff Fresh Logistics, LLC moved for default judgment against defendants Emmitt Pfost, Premium Fresh Farms, LLC and AG Harvesting & Technologies LLC pursuant to Rule 55(b)(2). The clerk has granted default against these defendants and plaintiff now moves for default by the court. Defendants have not appeared in the above-captioned action and therefore, have not consented to jurisdiction by a magistrate judge. Accordingly, the above-captioned action shall be reassigned to a district court judge.

IT IS SO ORDERED.

Dated: December 3, 2009

                   _____
                   PATRICIA V. TRUMBULL
                   United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28